THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES TALCOTT, INC., Respondent, *v.* HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*Tax — moneyed capital tax — capital employed in business of factor and commission merchant not in competition with business of National banks — assessment properly vacated.*

*People ex rel. Talcott, Inc., v. Goldfogle,* 213 App. Div. 719, affirmed. Argued December 14, 1925; decided March 30, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1925, which unanimously affirmed an order of Special Term vacating and canceling an assessment levied against relator on the value of moneyed capital owned or held by it and alleged to have been used in competition with the business of National banks. The assessment against the relator for the year 1923 was held invalid on the ground that its moneyed capital, which was employed in the business of factor and commission merchant, selling and financing for textile mills and agents, was not in competition with the business of National banks.

*George P. Nicholson, Corporation Counsel (William H. King* and *Eugene Fay* of counsel), for appellants.

*John W. Davis, George W. Schurman, Arthur C. Rounds, Jacob C. Schurman, Jr.,* and *Bertram F. Willcox* for respondent.

Order affirmed, with costs, on authority of *People ex rel. Pratt* v. *Goldfogle* (242 N. Y. 277).

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.